IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA, DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 31 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

:NANYA-SHAABU:EL         )
Movant                    )
                          )
v.                        )
                          )
ALBERTO GONZALES          )
United States Attorney General )
                          )
MICHAEL CHERTOFF          )
Department of Homeland Security )   Case No. 1:07-cv-001185–CAM
                          )
RAYMOND A. SIMONSE        )
Ins Field Director        )
                          )
                          )
                          )
DAVID RIVERA              )
Immigration Supervisory Deportation )
Officer                   )
Et. Al.                   )
Respondents.              )
                          )

## NOTICE OF DEFAULT AND FAULT JUDGMENT

Pursuant to Federal Rules of Civil Procedure 55, movant, *In propria persona* [ Pro Se], :Nanya-

Shaabu:El, respectfully gives notice of Default and Fault Judgment against respondents via their agent's,

representatives and employees. In support of this Notice, movant delivers the accompanying Exhibit A as

*prima facie* evidence of dishonor, fault and default-judgment against the respondents and their agents,

representatives and employees, and statement of undisputed material facts. A proposed order consistent

with this motion is attached.

Dated: August 21, 2007

Respectfully submitted,

U.C.C. 1-308

By: :Nanya-Shaabu: El  All Rights
Movant, *Sui Juris*                Reserved
*In propria persona*[ Pro Se]

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA, DIVISION

| | |
|---|---|
| :NANYA-SHAABU:EL<br>Movant<br><br>v.<br><br>ALBERTO GONZALES<br>United States Attorney General<br><br>MICHAEL CHERTOFF<br>Department of Homeland Security<br><br>RAYMOND A. SIMONSE<br>Ins Field Director<br><br><br>DAVID RIVERA<br>Immigration Supervisory Deportation<br>Officer<br>Et. Al.<br>Respondents. | Case No. 1:07-cv-001185 |

## MOVANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE FROM THE RESPONDENTS

Pursuant to Federal Rule of Civil Procedure 55,56, and Local Civil Rules 7.1(h) and 56.1,

movant *Sui Juris, In propria persona* [ Pro Se],:Nanya-Shaabu:El, respectfully delivers the following

statement of material facts as to which there is no genuine dispute from the respondents:

1. The petitioner is a Yamassee Native American Moor, possessing 50 per centum or more of

the Blood of the American Indian Race.( I.N.A. 289.1, 289.2, 289.3)

2. The petitioner is an American Indian Born in Canada protected under Title 8 U.S.C. 1359 and

is exempt from all Immigration Laws. ( 45 Stat. 401 and 54 Stat. 670 )

3. The 1794 Jay Treaty,1812 Treaty of Ghent, the 1836 Treaty of Marrakesh(Morocco) are all

valid ,extant, lawful and legal treaties which have not been abrogated.

4. Under the 1778 Articles of Confederation and Perpetual Union – Article XI, Canada is

already a part of the United States, enjoying the advantages of this union.

2

5. I.C.E. Agent McCarthy stated to petitioner, " *there was no record in your file of any entry documentation issued, they treated you as a U.S. Citizen.*"- Affidavit of I.C.E. Agent McCarthy's Knowledge of no entry documentation issued to or for the Petitioner.

6. The 1778 Articles of Confederation and Perpetual Union are still valid as confirmed by the constitution for the united states of America in Article VI clauses I and II.

7. The petitioner was cleared by DHS/ICE and The United States Secretary of State for the petitioner's return to his home in the State of Georgia as an American Indian born in Canada. ( petitioner's flight began at Hartsfield Airport on or about June 15,2004 and concluded at Hartsfield at July 1, 2004).

8. The petitioner is recognized by the United Nations as an Indigenous Man.

http://www.docip.org/Permanent%20Forum/Statements.html

9. There was no continuance of evidence requiring the petitioner to be kidnapped, seized, detained and appear , via closed circuit television, in a vessel in dry dock titled in Puerto Rico ( U.S. Immigration Court in Atlanta).

10. The DHS/I.C.E. customs Agent at the Edmonton International Airport took copies of The Petitioner's Native American Tribal Documents to keep on file for future reference.

11. The petitioner satisfied the burden of proof required under Title 8 U.S.C. § 1361.

12. The petitioner was returning to his home in the State of Georgia Republic from Canada.

13. The Immigration Judge ( attorney) stated on the record and on video to the Petitioner *"I recognize you are flesh and blood and I understand your position."*

14. Congressional record Page A3220 entered by Hon. Lawrence H. Smith

on May 11, 1955, states in part ... `` *Any judge deciding on the validity of legislation must have two books before him -- one, the Constitution of the United States, and the other, the Charter of the United Nations. If he does find authority for the act in the Constitution, he will find it in the Charter.* -- Master Hearing of January 25,2007 stated on the record and video by the Petitioner.

15. The United States of America Ratified the United Nations Convention on Economic, Social and Cultural Rights on December 16, 1966.

3

16. Presidential Proclamation 7500 of December 12, 2001 in part... "*We will protect and honor tribal sovereignty.* "

17. Presidential Executive Order 13107 Implementation of Human Rights Treaties, signed by the Honorable William J. Clinton, website address: http://www.fas.org/irp/offdocs/eo13107.htm .

18. The Security and Prosperity Partnership was approved in March of 2005 thereby erasing a border between Canada, Mexico and United States and creating a North American Union, with full integration by the year 2010.

(http://www.economia.gob.mx/work/snci/negociaciones/tlcan/pdfs/aspan_inf_manda.pdf )

19. The petitioner denies corporate existence and is not a corporation, person or artificial entity under the jurisdiction of the corporate United States.

20. The petitioner is with the Title 4 Flag of the United States ( Title 4 U.S.C. § 1- 4) and the Flag of the United Nations.

21. Title 50 U.S.C. Appendix § 7(e): *No person shall be held liable in any court for or in respect to anything done or omitted in pursuance of any order, rule, or regulation made by the President under the authority of this Act* [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix].

22. Title 50 U.S.C. Appendix § 7(c) in part... The sole relief and remedy of any person having any claim to any money or other property heretofore or hereafter conveyed, transferred, assigned, delivered, or paid *over to the Alien Property Custodian, or required so to be, or seized by him shall be that provided by the terms of this Act [said sections], and in the event of sale or other disposition of such property by the Alien Property Custodian, shall be limited to and enforced against the net proceeds received therefrom and held by the Alien Property Custodian or by the Treasurer of the United States*.

For the foregoing reasons, the Court is respectfully asked to enter fault judgment against the respondents.

Dated: August 21, 2007.

Respectfully delivered,

U.C.C. 1-308

By: :Nanya-Shaabu:El All Rights Reserved
:Nanya-Shaabu:El, Movant, Sui Juris
*In propria persona* [ Pro Se]
C/O GD STN MAIN
EDMONTON, AB T5J 2G8

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA, DIVISION

| | |
|---|---|
| :NANYA-SHAABU:EL ) <br> Movant ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES ) <br> United States Attorney General ) <br> ) <br> MICHAEL CHERTOFF ) <br> Department of Homeland Security ) <br> ) <br> RAYMOND A. SIMONSE ) <br> Ins Field Director ) <br> ) <br> ) <br> ) <br> DAVID RIVERA ) <br> Immigration Supervisory Deportation ) <br> Officer ) <br> Et. Al. ) <br> Respondents. ) <br> ) | Case No. 1:07-cv-001185 |

**ORDER**

**UPON CONSIDERATION** of the movant's Notice of Default and Fault Judgment and the lack of

opposition thereto, and the entire record in this case, it is this _____ day of _____, 2007,

**ORDERED** that movant's Notice of Default Judgment is hereby **GRANTED**. The movant's **NOTICE** is

hereby accepted and entered into the record.

_____
United States District Judge

**EXHIBIT A**



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0000 4159 4227

OFFICIAL USE

Postage $ 1.59
Certified Fee 2.40
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 3.99

Postmark Here

MAY 0 2007

Nanya Shagbazel

Sent To Organization of American States/President
Street, Apt. No.; or PO Box No. 17th St. & Constitution Ave, N.W.
City, State, ZIP+4 Washington, D.C. 20006, USA

PS Form 3800, January 2001 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0000 4159 4395

ATLANTA GA 30303

Postage $ 1.48 $1.48 0060
Certified Fee 2.65
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.13 $4.13 05/25/2007

Postmark Here

CENTRAL CITY FINANCE MAY 25 2007 USPS 30303

Nanya Shagbazel

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 0390 0005 1093 8439

OFFICIAL USE

Postage $ 39¢
Certified Fee 2.40
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 2.79

Postmark Here

Nanya Shagbazel

Sent To Thomas D O'Connell - DHS ICE
Street, Apt. No.; or PO Box No. 77 Forsyth St SW
City, State, ZIP+4 Atlanta GA 30303

PS Form 3800, June 2002 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0000 4159 4234

OFFICIAL USE

Postage 1.11
Certified Fee 2.40
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 3.51

Postmark Here

CENTRAL CITY FINANCE MAY 09 2007 USPS 30303

Nanya Shagbazel

Sent To Tom LANTOS - House Committee Chairman
Street, Apt. No.; or PO Box No. 2170 RayburN office Building
City, State, ZIP+4 Washington, D.C. 20515

PS Form 3800, January 2001 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0000 4159 2018

OFFICIAL USE

Postage $ 1.48
Certified Fee 2.65
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.13

Postmark Here

CENTRAL CITY FINANCE MAY 18 2007 USPS 30303

Nanya Shagbazel

Sent To The CHAIRMAN - U.S. Senate Committee on the Judiciary
Street, Apt. No.; or PO Box No. 224 Dirksen Senate Office Building
City, State, ZIP+4 Washington, D.C. 20510

PS Form 3800, January 2001 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0000 4159 4388

Postage $ 1.65
Certified Fee 2.65
Return Receipt Fee (Endorsement Required) 2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.45

Postmark Here

Nanya Shagbazel

Sent To Dept of Homeland Security
Office of the Executive Secretariat - DHS
Street, Apt. No.; or PO Box No. Nebraska Ave Complex 3801 Nebraska Ave
City, State, ZIP+4 Washington, D.C. 20528 (NAC)

PS Form 3800, January 2001 See Reverse for Instructions

## Certified Mail Receipts

**Receipt 1** (7005 0390 0005 1093 8880)
- Postage: $0.63
- Certified Fee: $2.40
- Total Postage & Fees: $3.03
- Postmark: LUMPKIN GA, MAR 09 2007, USPS 31815, Nanya-Shackwell
- Sent To: US Dept of Justice William Cassidy, 77 Forsyth St Rm 112, Atlanta GA 30303

**Receipt 2** (7005 1160 0004 6377 4942)
- Postage: $1.59
- Certified Fee: (illegible)
- Total Postage & Fees: $5.84
- Notations: "For consideration all by U.S. Nanya-Vega as good as AV AI"
- Postmark: LUMPKIN GA, MAR 07 2007, USPS 31815
- Sent To: Honorable William Cassidy, Office of Immigration Judge, U.S. Executive Office of Immigration Review, 77 Forsyth St Rm 112, Atlanta, GA. 30303

**Receipt 3** (7005 0390 0005 1093 8873)
- Postage: $0.63¢
- Certified Fee: $2.40
- Total Postage & Fees: $3.03
- Postmark: LUMPKIN GA, MAR 09 2007, Nanya-Shackwell, USPS 31815
- Sent To: DHS/ICE U.S. Attorney, 77 Forsyth St. S.W., Atlanta GA 30303

**Receipt 4** (7005 1160 0004 6377 4949)
- USP# A04735
- Postage: (illegible)
- Certified Fee: $2.40
- Return Receipt Fee: $1.37
- Total Postage & Fees: $300
- Notations: "For consideration all by USP under Nanya Shackwell as good as AV AI"
- Postmark: LUMPKIN GA, MAR 2007, USPS 31815
- Sent To: Attn: U.S. Attorney, DHS/I.C.E. Litigation Unit, 77 Forsyth Street, Atlanta, GA. 30303

**Receipt 5** (7005 1160 0004 6377 4755)
- Postage: $0.83
- Certified Fee: $2.40
- Total Postage & Fees: $4.23
- Notations: "Accepted for value...", Nanya-Shackwell
- Postmark: LUMPKIN, MAR 30 2007, USPS 31815
- Sent To: Henry M. Paulson Sec. of Tres., 1500 Pennsylvania Ave NW, Washington DC 20220

**Receipt 6** (7005 0390 0005 1093 8903)
- Postage: $0.63
- Certified Fee: $2.40
- Total Postage & Fees: $3.03
- Postmark: LUMPKIN GA, Nanya-Shackwell, MAR 14 2007, USPS 31815
- Sent To: Clerk of US Immigration Review, 77 Forsyth St. S.W., Atlanta GA 30303

1

Title 4 U.S.C. § 1-4                      Title 15 U.S.C. SEC TRACER FLAG
I.N.A. § 289.1-3 ; Title 8 U.S.C. §1359      NOT A POINT OF LAW
Title 18 U.S.C. § 241; §242; §243         CUSIP#, AUTOTRIS#, TIN #90937996
Title 18 U.S.C. §1700-1709               Rule 8 Fed. Rules of Civil Procedure
Title 39 U.S.C. § 601

## Default-Judgement

### NOTICE OF FAULT AND COMMERCIAL DISHONOR
NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

### STATEMENT OF FACTS

1. On Feb.5,2007 U.S. Immigration Judge the Honorable William A. Cassidy(Kassidy) – hereinafter Fiduciary Trustee for ( :Nanya-Shaabu:El) was sent a letter appointing him as Fiduciary Trustee by the Secured Party/Postmaster/American Indian hereinafter [:Nanya-Shaabu:El].
2. On March 7,2007 the Fiduciary Trustee was sent certified mail # 7005 1160 0004 6377 4663, which contained a Motion to Terminate Removal Proceedings against Respondent(Secured Party/Postmaster/American Indian).
3. On March 9, 2007 the Fiduciary Trustee was sent a certified mail # 7005 1160 0004 6377 4670 which contained a notarized letter with the Blood of the Secured Party/Postmaster on the document, at the time it was notarized, who is an American Indian Born in Canada under I.N.A. § 289.1-3 and Title 8 U.S.C. §1359.
4. On March 15,2007 in Open Court the Fiduciary Trustee returned the contents of the March 9,2007 Certified mail # 7005 1160 0004 6377 4670 to Secured Party/Postmaster/American Indian's Mate, Diani Bey-El in U.S. Immigration Court in Atlanta, Georgia and stated "we don't accept Blood Offerings".
5. On March 25,2007 in U.S.Immigration Court , Secured Party/Postmaster/American Indian identified himself in Open court on the record and on video as the Secured Party/Postmaster and the Fiduciary Trustee agreed on the record and on video by responding "right."

The Fiduciary Trustee ( The Honorable William A. Cassidy) and the Secured Party/Postmaster [:Nanya:Shaabu:El] are in full agreement regarding the following:

       i)       William A. Cassidy is the Fiduciary Trustee for the Secured Party/Postmaster.
       ii)      The Fiduciary Trustee received Motion to Terminate Removal Proceedings against Respondent but sent no certified court order or ruling to Secured Party/Postmaster/American Indian.
       iii)     Fiduciary Trustee Accepted and received certified mail # 7005 1160 0004 6377 4670 of March 9th , 2007 in which the Secured Party/Postmaster/American Indian reminded the Fiduciary Trustee of the following statements made by the Fiduciary Trustee in U.S. Immigration Court in Down Town Atlanta, Georgia in open court which was also recorded on video: i ) " I recognize you are flesh and blood and I understand your position"- stated on January 25,2007. ii) to Secured Party/Postmaster/American Indian's Mate, your Husband " doesn't belong in jail " - February 20,2007. iii) Secured Party/Postmaster/American Indian restated the statements made by the Fiduciary Trustee in the notarized letter on March 8, 2007(certified mail # 7005 1160 0004 6377 4670 of March 9th , 2007) which contained the blood of the Secured Party/Postmaster/American Indian ( which was present on the letter when it was  notarized) – I.N.A. § 289.1-3 ;Title 8 U.S.C. § 1359.

Title 4 U.S.C.§ 1-4  
Title 8 U.S.C.§ 1359  
I.N.A. § 289.1; §289.2 ; § 289.3  

Title 15 U.S.C. S.E.C. Tracer Flag  
NOT A POINT OF LAW  
TIN# 909737996  

## International Affidavit for Commercial Bond for INS FORM I-862

### Notice to Principal is Notice to Agent Notice to Agent is Notice to Principal

#### FACT.1

I , [:Nanya-Shaabu:El ], Secured Party( UCC Financing Statement # 2007-2219413-01/ Postmaster ( Title 39 U.S.C.§ 601) and American Indian ( I.N.A. §289.1-3 ; Title 8 U.S.C. §1359) am a Flesh and Blood man( confirmed by the Honorable William A. Cassidy U.S. Immigration Judge, who stated on January 25,2007 – Master Hearing in Room 112 in Atlanta, Georgia: " I recognize you are flesh and blood and I Understand your position " ). I am not a "person" ( 8 U.S.C. §1185 (a)(7)(c) ), artificial entity or fictitious name ( Title 8 U.S.C. §1341 ; §1342). I am with: 1778 Articles of confederation and perpetual union Article XI; Title 4 U.S.C. Flag ; constitution for the united states of America (1787) and the Charter of the United Nations.

#### FACT. 2

I as secured party/postmaster am the sole owner, principal and lien holder of the cestui que trusts/fictions/corporations: HENRY, SEAN; EL, NANYA SHAABU ; ENRY, SEAN – via UCC Financing Statement # 11 04 1486 on file publicly since March of 2004.

#### FACT.3

The U.S. Government has been dissolved under Emergency Banking act of June 5 ,1933 ; Public Law 89-719 – Congressional Record March 17,1993 Vol. 33 page H-1303.

#### FACT.4

Under the Maritime Law of Boxing ; U.S. Federal Styles Manual and Title 18 U.S.C.§ 1018, anything or any information located in enclosed area in the I-862 cannot be considered.

#### FACT.5

Under Rule 8 of the Federal Rules of Civil Procedure, I as the secured party and postmaster have accepted for value and consideration in accord with Uniform Commercial Code 3-410, the I-862 issued from Resident Agent THOMAS D. OCONNELL on December 15,2006 and in return post full settlement and closure of the account for case # XWSO71200002, A#97686704 and AUTOTRIS#, CUSIP#, TIN# 909737996. Public Law 73-10 ; House Joint Resolution 192; UCC 3-410 ; UCC 1-202; UCC 1-103.

#### FACT.6

The only individual who can refuse my commercial bond/presentment is the U.S. Secretary of the Treasury: Henry M Paulson, jr.

:Nanya-Shaabu:El

Title 4 U.S.C.§ 1-4                                    Title 15 U.S.C. S.E.C. Tracer Flag
Title 8 U.S.C.§ 1359                                   NOT A POINT OF LAW
I.N.A. § 289.1; §289.2 ; § 289.3                       TIN# 909737996

### FACT. 7

All parties using/stealing my exemption/corporation names in all forms, derivatives, additions or substractions of letters in the names are in accord with UCC Financing statement # 11 03 2019 on File in Bibb County Georgia since August 8, 2003; they agree to relinquish, turn over, surrender, transfer all their assets, land and property to me the secured party and postmaster in accord with U.C.C. 1-308; U.C.C. 1-202; U.C.C. 9-607; U.C.C. 9-609; U.C.C. 10-104 and U.C.C. Financing Statement 11 04 1486, and UCC Financing Statement # 2007-2219413-01 instanter and Immeadiately.

### Conclusion

Under Rule 8 Federal Rules of Civil Procedure, The Flesh and Blood secured party and postmaster has accepted for value and consideration all offers from I.C.E. and Returned all offers for full settlement and closure of the cases and accounts for# XWSO712000002 and A#97686704 and CUSIP#, AUTOTRIS# and TIN#909737996 as all cases and accounts are pre-paid and exempt from levy.

### Relief Sought

Posting of full settlement and closure of the account case # XWSO712000002 and A#97686704 using my exemption AUTOTRIS# and TIN#909737996 as cases and accounts are pre-paid and exempt from levy under Rule 8 Federal Rules of Civil Procedure and notify U.S. Secretary of the Treasury( of Puerto Rico) Henry M. Paulson , jr. by the U.S. Prosecutor in this case. Certified Audit trail of the accounting on the bond allegedly bonding this case and related accounts and the assessment for the charges along with the certified transactions held by the mayor of the municipality and cerfitied copy of all transactions of the Risk management department, Including I.C.E. forms 200;  the Voucher and all disbursements , documents and receipts presented , returned and sent to the secured party. Under Involuntary Bankruptcy , Transfer of all parties/debtor's assets, land and property over to the secured party in accord with U.C.C. 9-607; U.C.C. 9-609 Immeadiately.

### JURAT

Stewart County Georgia Republic – 1778 Articles of confederation and perpetual union Article XI, 1787 Constitution for the United States of America; Charter of the United Nations.

### Acknowledgement

I, _Pamela Jones_ for the county of Stewart, Acknowledge this Instrument was drawn by
Notary Public

the hand of :_Namya-Shaabu:El_ an American Indian Born in Canada under I.N.A. § 289.1-3 and
_U.CC1-308 All Rights Reserved_
Title 8 U.S.C. § 1359 Before me this _27th_ Day of _March_, 2007.

_Pamela Jones_                 PAMELA JONES              _November 29, 2010_
Notary Public                  NOTARY PUBLIC             My Commission Expires
                               Stewart County
                               State of Georgia
                               My Comm. Expires November 29, 2010

Title 4 U.S.C. § 1-4  
I.N.A. § 289.1-3 ; Title 8 U.S.C. §1359  
Title 18 U.S.C. § 241; §242; §243  
Title 18 U.S.C. §1700-1709  
Title 39 U.S.C. § 601  

Title 15 U.S.C. SEC TRACER FLAG  
NOT A POINT OF LAW  
CUSIP#, AUTOTRIS#, TIN #90937996  
Rule 8 Fed. Rules of Civil Procedure  

## Default-Judgement

### NOTICE OF FAULT AND COMMERCIAL DISHONOR
NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

### STATEMENT OF FACTS

1. On Feb.5,2007 U.S. Immigration Judge the Honorable William A. Cassidy(Kassidy) – hereinafter Fiduciary Trustee for ( :Nanya-Shaabu:El) was sent a letter appointing him as Fiduciary Trustee by the Secured Party/Postmaster/American Indian hereinafter [:Nanya-Shaabu:El].
2. On March 7,2007 the Fiduciary Trustee was sent certified mail # 7005 1160 0004 6377 4663, which contained a Motion to Terminate Removal Proceedings against Respondent(Secured Party/Postmaster/American Indian).
3. On March 9, 2007 the Fiduciary Trustee was sent a certified mail # 7005 1160 0004 6377 4670 which contained a notarized letter with the Blood of the Secured Party/Postmaster on the document, at the time it was notarized, who is an American Indian Born in Canada under I.N.A. § 289.1-3 and Title 8 U.S.C. §1359.
4. On March 15,2007 in Open Court the Fiduciary Trustee returned the contents of the March 9,2007 Certified mail # 7005 1160 0004 6377 4670 to Secured Party/Postmaster/American Indian's Mate, Diani Bey-El in U.S. Immigration Court in Atlanta, Georgia and stated "we don't accept Blood Offerings".
5. On March 25,2007 in U.S.Immigration Court , Secured Party/Postmaster/American Indian identified himself in Open court on the record and on video as the Secured Party/Postmaster and the Fiduciary Trustee agreed on the record and on video by responding "right."

The Fiduciary Trustee ( The Honorable William A. Cassidy) and the Secured Party/Postmaster [:Nanya:Shaabu:El] are in full agreement regarding the following:

   i) William A. Cassidy is the Fiduciary Trustee for the Secured Party/Postmaster.
   ii) The Fiduciary Trustee received Motion to Terminate Removal Proceedings against Respondent but sent no certified court order or ruling to Secured Party/Postmaster/American Indian.
   iii) Fiduciary Trustee Accepted and received certified mail # 7005 1160 0004 6377 4670 of March 9th , 2007 in which the Secured Party/Postmaster/American Indian reminded the Fiduciary Trustee of the following statements made by the Fiduciary Trustee in U.S. Immigration Court in Down Town Atlanta, Georgia in open court which was also recorded on video: i ) " I recognize you are flesh and blood and I understand your position"- stated on January 25,2007. ii) to Secured Party/Postmaster/American Indian's Mate, your Husband " doesn't belong in jail " - February 20,2007. iii) Secured Party/Postmaster/American Indian restated the statements made by the Fiduciary Trustee in the notarized letter on March 8, 2007(certified mail # 7005 1160 0004 6377 4670 of March 9th , 2007) which contained the blood of the Secured Party/Postmaster/American Indian ( which was present on the letter when it was notarized) – I.N.A. § 289.1-3 ;Title 8 U.S.C. § 1359.

| | |
|---|---|
| Title 4 U.S.C. § 1-4 | Title 15 U.S.C. SEC TRACER FLAG |
| I.N.A. § 289.1-3 ; Title 8 U.S.C. §1359 | NOT A POINT OF LAW |
| Title 18 U.S.C. § 241; §242; §243 | CUSIP#, AUTOTRIS#, TIN #90937996 |
| Title 18 U.S.C. §1700-1709 | Rule 8 Fed. Rules of Civil Procedure. |
| Title 39 U.S.C. § 601 | Rule 55 Fed. Rules of Civil Procedure. |

### Conclusion

With The above actions, statements and documentation presented as *primae facie* evidence, the Fiduciary Trustee has with full knowledge and responsibility for his actions: <u>commercially dishonored</u> the Secured Party/Postmaster/American Indian; as such the Fiduciary Trustee is under Uniform Commercial Code Financing Statement # 060200513869 ( on file in Fulton County, Georgia since November 7,2005 ) UCC Financing Statement # 11 04 1486 ( on file in Bibb county, Georgia since March 2004) and UCC Financing Statement # 11 03 2019 and Commercial Security Agreement 1971-002 (on File in Bibb County Georgia since August 8,2003).

### Relief Sought

The Fiduciary Trustee and related parties to this transaction agree to: relinquish all their assets, land and property under U.C.C. 9-607; U.C.C. 9-609; U.C.C. 1-202; U.C.C. 1-103; U.C.C. 1-308, to the Secured Party/Postmaster/American Indian and Involuntary Bankruptcy/Foreclosure actions will be initiated by the Secured Party/Postmaster/American Indian. All parties are in full agreement to the commercial action which will be taken by the Secured Party/Postmaster/American Indian.

As it is said so it will be - Existence.

### Jurat

Georgia Republic – 1787 constitution for the united states of America; 1945 United Nations Charter ; Congressional Record May 11,1955 – page A32220.

Affirmed and subscribed to before me this 29th day of March, 2007

By the Secured Party/Postmaster/American Indian: :Namya-Shucbr:El   I.N.A. § 289.1-3 ;Title 8 U.S.C. § 1359.
U.C.C 1-308 All Right Reserved
U.C.C 9-607, U.C.C 9-609

PAMELA JONES
NOTARY PUBLIC
Stewart County
State of Georgia
My Comm. Expires November 29, 2010

Pamela Jones
Notary Public

November 29, 2010
My Commission Expires

Title 4 U.S.C. § 1  
Regulation 'J' 12 CFR  
I.N.A. § 289.1-3  
Title 8 U.S.C. §1359  
Presidential Executive Order 13323  

NOT A POINT OF LAW  
CUSIP#,AUTOTRIS#,TIN# 909737996  
1794 Jay Treaty, 1812 Treaty of Ghent  
Rule 8 Fed. Rules of Civil Procedure  

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### Affidavit of I.C.E. Agent McCarthy's Knowledge of my Entry into the U.S. on June 30, 2004 Under I.N.A. § 289.1-3 and Title 8 U.S.C. 1359.

### FACT.1
I, [:Nanya-Shaabu:El] am a Flesh and Blood Man Indigenous and Sovereign Man. I am not a corporation, artificial person, or fictitious entity and I deny corporate existence. I am a secured party ( UCC # 060200513869 and UCC# 2007-2219413-01 ) and Postmaster-General ( RR 703 115 987 US ) of the At-sik-hata Clan of Yamassee Native American Moors ( United Nations IPO#2718 ) in accord with Title 39 U.S.C. 601. I am with the Title 4 Flag of the United States of America, I.N.A. § 289.1, § 289.2, § 289.3; Title 8 U.S.C. §1359; 1794 Jay Treaty; 1812 Treaty of Ghent; 1836 Treaty of Marrakesh (Morrocco); 1778 Articles of Confederation and Perpetual Union-Article XI; Constitution for the united states of America; The United Nations Convention on Economic, Social and Cultural Rights - December 16,1966 and The Charter of the United Nations.

### FACT.2
Under Section 289 of the I.N.A Act, the racial test prescribed by the administrative authorities, restricts the right of free passage *Only to persons who possess at least 50 per centum of the blood of the American Indian Race*. 17. Thus the right of free passage is not granted to the spouse or child of an Indian or a member of an Indian Tribe or family by adoption, *unless* such individual *has at least 50 per centum or more of the blood of the American Indian Race*.

### FACT.3
An American Indian who enters the United States under the Treaty( Jay Treaty of 1794, 1778 Articles of Confederation and Perpetual Union – Article XI ; Treaty of Ghent ) or Applicable Status and who has resided in the United States since such entry is regarded as lawfully admitted to the United States for permanent residence.19. ( see §10.06 Immigration Law And Procedure - Lexis Nexus 2007 )

### FACT.4
On or about March 19, 2007 I.C.E. Agent Mr.McCarthy asked me if I have 50 percent American Indian Blood; I responded by saying "I have 100% American Indian Blood". Mr.McCarthy stated he would look into my file, as I informed him that I had no date of Entry documentation issued to me From DHS/I.C.E. on June 30, 2004. He was also informed that my round trip to Canada originated at the Hartsfield Airport with United Airlines on or about June 15, 2004 and finished at Hartsfield Airport in Atlanta, Georgia on July 1, 2004.

### FACT.5
On or about March 27, 2007 Mr. McCarthy in the presence of another unidentified I.C.E. Agent and 3 Canadians that on my Date of Entry on June 30, 2004 there was " *no record in your file of any entry documentation issued, they treated you as a U.S. Citizen.*"( Under 45 Stat. 401, Title 8 U.S.C. §1359, *I.N.S. Documentation not required for American Indians Born in Canada, they are exempt and protected from all Immigration laws and Procedures*. - §10.06 Immigration Law And Procedure - Lexis Nexus 2007 )

| | |
|---|---|
| Title 4 U.S.C. § 1 | NOT A POINT OF LAW |
| Regulation 'J' 12 CFR | CUSIP#,AUTOTRIS#,TIN# 909737996 |
| I.N.A. § 289.1-3 | 1794 Jay Treaty, 1812 Treaty of Ghent |
| Title 8 U.S.C. §1359 | Rule 8 Fed. Rules of Civil Procedure |
| Presidential Executive Order 13323 | |

<u>NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL</u>

<u>Affidavit of I.C.E. Agent McCarthy's Knowledge of my Entry into the U.S. on June 30,2004 Under I.N.A. § 289.1-3 and Title 8 U.S.C. 1359.</u>

Conclusion

Under I.N.A. § 289.1-3 ; Title 8 U.S.C. §1359 ; §10.06 Immigration Law And Procedure; I am an American Indian Born in Canada. The burden of proof of my Status as an American Indian was established on June 30,2004. Under Title 42 U.S.C. § 1986, I.N.S. Agent Mr. McCarthy and an unidentified I.C.E.Agent on March 27,2007 has admitted and acknowledged to me in the presence of 3 Canadians that DHS/I.C.E. have Knowledge that I am an American Indian Born in Canada.

Under the Laws Of the Yamassee Native American Moors I affirm the Above Statements are factual and true.



:MY:BLOOD
( I.N.A. § 289.1 ; § 289.2 ; § 289.3 )

By: :Nanya-Shaabu:El , Held *in rem* and *in personam* as: the *Cesti Que Trust /Corporate Fiction/Artificial Person/Strawman under Agency #: A 097 686 704*(Title 18 U.S.C. § 1341 ) at: Unit 3B-102A Stewart County Detention Center , 146 CCA Road P.O. BOX 248; Lumpkin, Georgia 31815.

_____     _____
Witness                     Witness

Notary Acknowledgement

I, Pamela Jones , in the County of Stewart for the State of Georgia acknowledge that the
Notary Public
following Instrument was created by the Hand of: Nanya-shaabu:El an American Indian.

This Document was Affirmed and subscribed to before me this 29th day of March , 2007.

By: Nanya-Shaabu:El an American Indian Born in Canada in accord with: I.N.A. § 289.1 ; § 289.2 ; § 289.3 ;Title 8 U.S.C. §1359 ;1794 Jay Treaty , 1812 Treaty of Ghent ; 1836 Treaty of Marrakesh (Morrocco); 1778 Articles of Confederation and Perpetual Union-Article XI; Constitution for the united states of America and The Charter of the United Nations.

Pamela Jones
Notary Public

| PAMELA JONES |
| NOTARY PUBLIC |
| Stewart County |
| State of Georgia |
| My Comm. Expires November 29, 2010 |

November 29, 2010
My Commission Expires

Title 4 U.S.C. § 1-4            Title 15 U.S.C. SEC TRACER FLAG
I.N.A. § 289.1-3 ; Title 8 U.S.C. §1359       NOT A POINT OF LAW #90973 7996
Title 18 U.S.C. § 241; §242; §243          CUSIP#, AUTOTRIS#, TIN #90937996
Title 18 U.S.C. §1700-1709               Rule 8 Fed. Rules of Civil Procedure
Title 39 U.S.C. § 601; 1794 Jay treaty, 1812 Treaty of Ghent and the 1836 Treaty of Marrakesh (Morrocco).

NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**Affidavit of American Indian Blood on Documents when Notarized**

### STATEMENT OF FACT

1. On March 8, 2007 a letter to the U.S. Immigration Judge the Honorable William A. Cassidy, which contained my blood on the document at the time it was notarized, was notarized by Notary Public for Stewart County Pamela Jones at the Stewart County Detention Center, who works in Unit 6.

2. The Witness who had knowledge the document had my blood on it before it was notarized on March 8, 2007 was case counselor for Unit 5 at the Stewart Detention Center Ms./Mrs. Colbert.

3. On March 14, 2007 a certified letter # 7005 0390 0005 1093 8903 sent to the U.S. Immigration Court Clerk in Atlanta, Georgia, contained my blood on the document at the time it was notarized on March 12, 2007 by Notary Public for Stewart County Pamela Jones at the Stewart County Detention Center. The Witness who had knowledge the document had my blood on it before it was notarized was Mrs. Thomas a Notary Public for the State of Georgia and employee at the Stewart Detention Center, who works in Unit 4.

4. I.N.A. § 289.1 states: " American Indians Born in Canada applies ***Only persons who possess 50 percentum or more of the blood of the American Indian Race***.

5. I am recognized by the United Nations as an Indigenous Man – RA984 871 065 US and UNPFII# 1322I817. I am a Yamassee Native American Moor; My United Nations Indigenous Peoples Organization is # 2718. I am also recognized by the Following Public Officials: The U.S. President the Honorable George W. Bush – Registered mail # RA 984 871 349- March 17, 2006; The U.S. Secretary of State the Honorable Condoleeza Rice, *U.S. State Department Authentication # 06021440-3* – May 22, 2006 ; Former U.S. Secretary of State the Honorable Colin L. Powell ; The Governor of the State of Georgia The Honorable Sonny Perdue – December 8, 2005 Registered Mail# RB 351 182 566 US and RA 984 871 410 US; U.C.C. Financing Statement # 060200513869 on File in Fulton County, Georgia ; The U.S. Postmaster General John E. Potter – RR 703 115 987 US ; U.S. Immigration Court Clerk - March 14, 2007 certified letter # 7005 0390 0005 1093 8903 ; U.S. Immigration Court Judge the Honorable William A. Cassidy – March 7, 2007 certified mail # 7005 1160 0004 6377 4663 ; March 9, 2007 certified mail # 7005 1160 0004 6377 4670 and who stated on the record and on video on January 25, 2007 in Atlanta, Georgia in open court( case# XWSO712000002/ A#97686704) to me that: " *I recognize you are flesh and blood and I understand your position*" ; and on March 15, 2007 in U.S. Immigration Court in Atlanta, Georgia, when I stated on the record that I the "*secured party and postmaster is present*" U.S. Immigration Court Judge the Honorable William A. Cassidy – responded on the record and on video in open court "right."

### Conclusion

I am an American Indian born in Canada ; my blood was on the documents when they were presented to be sealed by the Notary Public for the State of Georgia, Pamela Jones.

By: :Nanya-Shaabu:El  U.C.C. 1-308 All Rights Reserved
U.C.C.1-103; U.C.C. 10-104, U.C.C. 9-607;
Affirmed and subscribed to before me this 27th day of March, 2007

By the Secured Party/Postmaster/American Indian: :Nanya-Shaabu:El under I.N.A. § 289.1-3 ;
Title 8 U.S.C. § 1359, 45 Stat. 401 ; Congressional Record *Page A32220* of May 11, 1955.

Pamela Jones
Notary Public

PAMELA JONES
NOTARY PUBLIC
Stewart County
State of Georgia
My Comm. Expires November 29, 2010

November 29, 2010
My Commission Expires

COPIES TO:

Alberto Gonzales, Main Justice BLDG, ROOM 5111

10th Street & Constitution Avenue, N.W.

Washington, D.C. 20530

CC:

Michael Chertoff Secretary of the Department of Homeland Security

425 'I' Street, N.W. ULLICO Building

Washington, D.C. 20536

## Certificate of Service

This is to Certify that the Following document: NOTICE OF DEFAULT AND FAULT JUDGMENT, two (2) copies enclosed, has been sent registered mail via the Canada Post Corporation RT 076 577 062 CA this 23rd day of August, 2007,

to: UNITED STATES DISTRICT COURT, OFFICE OF THE CLERK – JAMES N. HATTON, 2211 – 75 SPRING STREET ATLANTA, GEORGIA 30303.

Respectfully delivered,

[:Nanya-Shaabu:El]®
U.C.C 1-308 All Rights Reserved

By: :Nanya-Shaabu:El

U.C.C 1-308 All Rights Reserved

By: :Nanya-Shaabu:El
:Nanya-Shaabu:El:®
Movant, Sui Juris
*In propria persona* [ Pro Se]
United Nations IPO No. 2718
C/O: GD STN MAIN
EDMONTON, AB T5J 2G8