IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA, DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 0 4 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| :NANYA-SHAABU:EL<br>Movant<br><br>v.<br><br>ALBERTO GONZALES<br>United States Attorney General<br><br>MICHAEL CHERTOFF<br>Department of Homeland Security<br><br>RAYMOND A. SIMONSE<br>Ins Field Director<br><br><br>DAVID RIVERA<br>Immigration Supervisory Deportation Officer<br>Et. Al.<br>Respondents. | Case No.: 1:07-cv-001185 |

## **MOVANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 55 and 56, movant, *In propria persona* [ Pro Se], :Nanya-Shaabu:El, respectfully moves for summary judgment in this action. In support of this motion, movant delivers the accompanying memorandum, the declaration of movant, and the statement of undisputed material facts. A proposed order consistent with this motion is attached.

Dated: August 21, 2007

Respectfully submitted,

By: :Nanya-Shaabu:El   U.C. c.1-308
                       Without Prejudice
Movant, *Sui Juris*
*In propria persona*[ *Pro Se*]

1