**EXHIBIT A**



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0000 4159 2117

OFFICIAL USE — WASHINGTON DC 20536

| | |
|---|---|
| Postage | $ 1.?? |
| Certified Fee | 2.?? |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.3? |

Postmark Here: CENTRAL CITY FINANCE 0060 MAY 17 2007 USPS 30302 05/17/2007

Nanya Shaabu El

Sent To: Michael Chertoff; U.S. Dept of Homeland Security
Street, Apt. No.; or PO Box No.: 425 'I' Street, N.W. ULLICO Building
City, State, ZIP+4: Washington, D.C. 20536

PS Form 3800, January 2001 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0000 4159 4715

OFFICIAL USE — MACON GA 31202

| | |
|---|---|
| Postage | $1.58 |
| Certified Fee | [illegible] |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ [illegible] |

Postmark Here: CENTRAL CITY FINANCE 0060 27 MAY 17 2007 USPS 30302 05/17/2007

Nanya Shaabu El

Sent To: Office of the Clerk - Gregory J. Leonard
Street, Apt. No.; or PO Box No.: 475 Mulberry St. Suite 216
City, State, ZIP+4: Macon, Georgia 31202

PS Form 3800, January 2001 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0000 4159 4081

OFFICIAL USE

| | |
|---|---|
| Postage | $ [illegible] |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ [illegible] |

Postmark Here: CENTRAL CITY FINANCE MAY 2007 USPS 30302

Nanya Shaabu El

Sent To: Sheila Layson - State Court Clerk Putnam County
Street, Apt. No.; or PO Box No.: 100 S. Jefferson Avenue
City, State, ZIP+4: Eatonton, GA 31024

PS Form 3800, January 2001 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0000 4159 4210

OFFICIAL USE — WASHINGTON DC 20536

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 3.51 |

Postmark Here: CENTRAL CITY FINANCE 0060 MAY 08 2007 USPS 30302 05/08/2007

Nanya Shaabu El

Sent To: U.S. DHS - Head Quarters Post-Order Detention
Street, Apt. No.; or PO Box No.: 801 I Street; N.W.; Suite 800
City, State, ZIP+4: Washington, D.C. 20536

PS Form 3800, January 2001 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 0390 0005 1093 8347

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.83 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.23 |

Postmark Here: LUMPKIN GA APR 20 2007 USPS 31815

Nanya Shaabu El

Sent To: Juan C. Mendez Torres
Street, Apt. No.; or PO Box No.: PO Box 9024140
City, State, ZIP+4: San Juan PR 00902-4140

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7007 0220 0004 0297 3708

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.65 |
| Certified Fee | [illegible] |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.45 |

Postmark Here: 2007 30302

Nanya Shaabu El

U.S. Dept of Justice

Sent To: Alberto Gonzales, Main Justice Bldg Room 5111
Street, Apt. No.; or PO Box No.: 10th Street & Constitution Ave N.W.
City, State, ZIP+4: Washington D.C. 20530

PS Form 3800, August 2006 — See Reverse for Instructions

I.N.A. § 289.1-3

Title 8 U.S.C. § 1359

Jay Treaty 1794 with Great Britain

Rule 13 and Rule 24 Fed. Rules of Civ. Procedure
1836 Treaty of Marrakesh (Morocco)
1778 Articles of Confederation - Art. XI
U.S. Constitution and U.N. Charter - Art. 55-56

MAY 12, 2007

U.S. DISTRICT COURT - Macon Division
OFFICE OF THE CLERK
475 Mulberry Street
Macon, Georgia 31202

re: Putnam County State Case NO. 2000-ST-R-222-9 and letter of Rogatory

Dear, Gregory J. Leonard - Clerk

I, :Nanya-Shaabu:El, Principal, Secured Party and Postmaster have done an Acceptance for Value and Consideration and in return I am asking for full Settlement and Closure of this account pursuant to Rule 8 of the Federal Rules of Civil Procedure. Use my exemption CUSIP# & AUTOTRIS # 640429304 for full settlement and closure of the Account. I want the Bid Bond, Payment bond and Performance bonds returned to me. I have a claim in this Matter as a 3rd party Intervener and my property rights may not be protected by the existing parties. I want the CUSIP# returned to me. Release the Order of the Court to me Immeadiately. I want the name of the Insurance Company who bought my bid Bond, as well as who is holding the bid bond, Payment and Performance Bonds. Case No. 2000-ST-R-222-9 and associated accounts are pre-paid and exempt from Levy under Rule 8 Fed. Rules of Civil Procedure.

I Humbly thank you for your Oath, bond and Consideration

:Nanya-Shaabu:El   U.C.C 1-308 without prejudice

By: [:Nanya-Shaabu:El]™ u.c.c. 3-402(1)(a)
Principal, Secured Party, Postmaster
authorized representative for HENRY, SEAN WESLEY®

reply to: :Nanya:El c/o HENRY, SEAN™-Cestui Que Trust
Atlanta City Detention Center #070001511; SNE 204
254 Peachtree Street; Atlanta, Georgia 30303

NOTICE TO PRINCIPAL IS
NOTICE TO AGENT; NOTICE TO Agent
NOTICE TO Principal

:Nanya ___ EL
RR 703 ___ US
MAY 12 2007

2

Title 31 U.S.C. § 3113
TO: Sheila layson - Clerk of State Court (Putnam)
State Court of Putnam County
100 S. Jefferson Avenue
Eatonton, Georgia 31024

Rule 24 Fed. Rules Civ. Procedure
Title 15 U.S.C. § SEC
TRACER FLAG - NOT A POINT O[F]
LAW
CUSIP # AUTOTRIS # 640429304
Title 42 U.S.C. § 1986

Re: State Case no. 2000-ST-R-222-9
full Closure and Settlement of Case and Account

Dear, Clerk of Putnam State Court, Sheila layson

I am writing this letter in regards to Putnam County Docket no. 2000-ST-R-222-9. I also would like the Return of the Bid Bond, Payment Bond, Performance Bond and Prison Bond (Standard Forms 24, 25, 25a, 28 and GSA Forms 273, 274, 275). I also want a Certified Copy of the Accounting on the Bond that Bonded the Case; I also require Certified Copy of all Transactions held by the Mayor of the Municipality and Risk Management Department and Certified Copy of the Audit on all Disbursements, Documents and Receipts regarding this matter, returned to me as I am the Principal. If this account is still open, I am posting full Settlement and Closure of the Account using my exemption CUSIP # & AUTOTRIS # 640429304; Please use my exemption and Post full Settlement and Closure of the Account as the Account is Pre-Paid and Exempt from levy under Rule 8 Fed. Rules of Civil Procedure. Release the Order of the Court to me Immeadiately and Send me the Voucher Now. I want the CUSIP # returned to me. Public law 73-10; Public law 89-719; O.C.G.A 1-2; O.C.G.A 1-2-2; U.C.C. 1-202; O.C.G.A 11-1-202; O.C.G.A. 11-1-308; O.C.G.A. 11-1-103.

I Humbly thank you for your Oath, Bond and Consideration.

:Nanya-Shaabu:El:® U.C.C. 1-308
All Rights Reserved

By: [:Nanya-Shaabu:El]™ O.C.G.A. 11-1-308
All Rights Reserved
Principal, Secured Party, Postmaster
authorized representative of the Cestui Que Trs
HENRY, SEAN ™

Please Send Reply to:
:Nanya:El C/O HENRY, SEAN™ 5NE-204
Atlanta City Detention Center #07000151
254 Peachtree Street
Atlanta, Georgia 30303

cc: Donald Huskins - Solicitor
cc: The Honorable Jesse Coplan, JR

3

Title 50 U.S.C.                                                           Title 46 [illegible]
Trading With the Enemy Act of 1917

May 17, 2007

Secretaria Hon. Juan C. Mendez Torres
Departameno del Hacienda del Estado Libre Asociado de Puerto Rico
P.O. Box 9024140
San Juan, P.R.
00902-4140

Greetings, Honorable Juan C. Mendez Torres

I write this letter as a follow up to the Certified Mail I sent on April 20, 2007 from Stewart Detention Center in Lumpkin, Georgia (Certified Mail # 7005 0390 0005 1093 8347). I have been moved from there to the Atlanta City Detention Center at 254 Peachtree Street, Atlanta, Georgia. I give you notice so that any receipts that you issue to me under The Trading with the Enemy Act - Appendix: 7(c), 7(e) and 9 are forwarded to the proper address. As you are the Head of Contract Settlements, Alien Property Custodian and Trustee of the Bankruptcy of the United States under Title 50 U.S., I am giving you Knowledge and Notice in the event the communications you may send for me at Stewart Detention Center are sent back to you.

I thank you again for providing my remedy regarding Immigration Case 070-85348 and Case # [illegible] by settling and closing the cases and accounts for me and giving me relief.

I Humbly thank you for your Service
By: :Namya-Shaabu: El U.C.C. 1-308 without prejudice
authorized by the HENRY, SEAN© = [illegible]
Cestui Que Trust and Principal's Property

Subscribed Affirmed to before me this 18th day of May

[signature] Sandra L. Williams
NOTARY PUBLIC

Notary Public Cobb County, GA
My Commission Expires September 9, 2008

My Commission Expires

4

Title 4 U.S.C. § 1-4   Title 18 U.S.C. §666
I.N.A. § 289.1; § 289.2 ; § 289.3   Title 42 U.S.C. § 1986
Title 8 U.S.C. § 1359   Title 28 U.S.C. §1330(a)
1812 Treaty of GHENT   CUSIP#, AUTOTRIS & TIN# 909737996
Jay Treaty of 1794 with Great Britain

MARCH 19, 2007

Henry M. Paulson, Jr. – U.S. Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C.
20220

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Greetings Mr. Paulson , Jr.

I [ :Nanya-Shaabu:El ] a Secured Party and Postmaster , have enclosed the following presentments, which I have Accepted for Value and Consideration, that I received from Department of Homeland Security/Immigration and Customs Enforcement, Regarding case# XWSO712000002 and Case# /Agency #A97686704. I am also including Notarized Copies of Attachments related to this matter, providing proof of all Parties knowledge that I have: 1) Authorized the U.S. Attorney in this matter to write the check to close and settle the accounting and notify you about this matter. 2) Appointed the Honorable Judge William A. Cassidy(Kassidy) as my Fiduciary Trustee in this matter. 3) Authorized my Fiduciary Trustee to use my exemption for full settlement and closure of these cases and associated accounts. I am Informing you, giving you Knowledge and giving you Notice to ensure and confirm that the Bookkeeping regarding this matter has been properly recorded, tracked and submitted by the aforementioned party and trustee so that the National Debt regarding this matter has been properly accounted to the U.S. Treasury Department. My Physical Body as of this date is still currently being Held *in rem* and *in personam* as my Cestui Que Trust at the Stewart Detention Center (Property of Corrections Corporation of America) and release of my Physical Body is required under Rule 8 of the Federal Rules of Civil Procedure. ( I.N.A.§ 215 (7) (c); Title 8 U.S.C. § 1185)

I Humbly thank you for your Time, Consideration, Oath and Public Service.

Best Regards,

*Nanya-Shaabu:El*   I.N.A.§289.1;289.2;289.3;Title 8 U.S.C.§1359;U.C.C. 9-607;U.C.C.9-609
Secured Party, Postmaster-Banker-Judge (Title 39 U.S.C. § 601) ; UCC# 2007-2219413-01
Authorized Representative of HENRY,SEAN©™ – CESTUI QUE TRUST
And EL , NANYA SHAABU©™ – CESTUI QUE TRUST
Held *in rem* as Cestui Que Trust at: Stewart Detention Center , 146 CCA Road, P.O.Box 248
Lumpkin, Georgia 31815; Unit 5B-102A. UCC#060200513869

Cc: U.S. Secretary of State Condoleeza Rice; U.S. President George W. Bush; U.S. Department of Transportation; U.S. Postmaster-General John E. Potter; U.S. Congress; U.S. Clerk for the House of Representatives; U.S. Port Authorities; U.S. Attorney General Alberto Gonzalez; U.S. Secretary of the Treasury of Puerto Rico; U.S. Congress, Speaker of the House Nancy Pelosi ; U.S. Office of Management and Budget; U.S. Risk Management Department; Corrections Corporation of America; U.S. General Accounting Office; U.S. Post Office – Office of the Inspector General; Department of Homeland Security; Immigration and Customs Enforcement; Secretary of the Department of Homeland Security; The Federal Reserve Bank; U.S. Department of Commerce; U.S. Census Bureau; Department of Homeland Security – Office of the Inspector General.

Bcc:United Nations, Univeral Postal Union; International Criminal Court; World Court; President of The World Bank; The International Monetary Fund; Governor of the International Monetary Fund, UNICITRAL; ANNA; INTERPOL; DOCIP.

Subscribed and Affirmed to before me this 22nd Day of March , 2007 By: *Nanya-Shaabu:El*   I.N.A.

Pamela Jones
Notary Public

PAMELA JONES
NOTARY PUBLIC
Stewart County
State of Georgia
My Comm. Expires November 29, 2010

November 29, 2010
My Commission Expires

5

## Certificate of Service

This is to Certify that the Following document: MOVANT'S MOTION FOR SUMMARY JUDGMENT, two (2) copies enclosed, has been sent registered mail via the Canada Post Corporation #RT 076 577 062 CA this 23rd day of August, 2007,

to: UNITED STATES DISTRICT COURT, OFFICE OF THE CLERK -- JAMES N. HATTON, 2211 -- 75 SPRING STREET ATLANTA, GEORGIA 30303.

Respectfully delivered,

By: :Nanya-Shaabu:El U.C.C. 1-308 Without Prejudice

:Nanya-Shaabu:El U.C.C. 1-308 All Rights Reserved
:Nanya-Shaabu:El:®
Movant, Sui Juris
*In propria persona* [ Pro Se]
United Nations IPO No. 2718
C/O: GD STN MAIN
EDMONTON, AB T5J 2G8

14