

Title 4 U.S.C.§ 1-4 ; Article 55 and 56 United Nations Charter ; Inter-American Declaration on the Rights of
Congressional Record Page A3220 of May 11, 1955        Indigenous Peoples

**Title 50 U.S.C.** , Appendix Sections §7(c) , §7(e), §9, §12.          Title 42 U.S.C. §1986.
1917 Trading with the Enemy Act                                          45 Stat. 401, I.N.A. §289.1-3
                                                                         Title 28

                                                                         FILED IN CLERK'S OFFICE
                                                                         U.S.D.C. Atlanta

JAMES N. HATTEN                       **October 19, 2007**
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK                                                      OCT 26 2007
#2211 75 SPRING STREET
ATLANTA, GEORGIA        30303
                                                                         JAMES N. HATTEN, CLERK
                                                                         By:
                   Re: Civil Docket 1:07-cv-001185 Henry v. Gonzales

Greetings Mr. Haaten,

 I give you notice and Knowledge that I would like a copy of the current docket for Civil Case 1:07-cv-001185.
I would also like an explanation, if the allegation of the Respondents is true, as to why my summary judgment
which I submitted on August 21,2007 via Registered Mail by Canada Post contains only one page. This is a
major and serious obstruction of the mail (Title 18 USC §1700- §1709). Mail is protected by the Universal
Postal Union in Berne Switzerland. I will notify my contacts at the Universal Postal Union and Canada Post of
this problem, if these allegations of my filing docket are indeed true. Should this be an error or the allegation in
incorrect and unfounded, then I will disregard the Respondents' statement of September 19,2007 in their
response to my Motion. I look forward to your written confirmation under penalty of perjury, that my summary
judgment is indeed intact. In the event I receive no such confirmation , I will accept your silence , lack of
response and lack of written response as an admission that the allegations of the Respondents are indeed true
and will pursue legal action to ascertain the reasons and circumstances as to why my summary judgment
contains only one page in the filing.  you may send any receipts, disbursements or documents to me at the
following mailing address:  C/O GD STN MAIN, EDMONTON, AB, T5J 2G8.

This Letter is Within the Admiralty (Title 28 U.S.C. §1337) and without the United States (Title 28 USC § 3002
(15) , Title 28 USC sec 1746(1) ) . I Humbly Thank you for your time, consideration, oath and public service.

By: [:Nanya-Shaabu:El:® ]©™ Bailor, Postmaster, Principal and Secured Party. http://tarite9.tripod.com
Maku (Chief) of the At-sik-hata Clan of Yamassee Native American Moors.
United Nations IPO# 2718.    http://www.docip.org/Permanent%20Forum/pfii5_40.PDF
C/O GD STN MAIN, EDMONTON, AB, T5J 2G8.          seaether@yahoo.com

CC the Following people as Title 42 USC § 1986 applies in this matter:
cc: The Honorable U.S. District Court Judge E. Clayton Scofield III,
cc:  The Honorable Jack T. Camp, Chief Judge for the Northern District of Georgia , Judge Charles A. Moye.
cc: The Secretary of the Treasury of Puerto Rico Juan C. Mendez Torres, ESQ.
cc: Universal Postal Union , Berne Switzerland , Canada Post, United States Postal Service.
Cc: U.S. Postmaster General John E. Potter, William M. Mccool  President of Federal Court Clerks Association
 Cc: United Nations, U.N. Permanent Forum on Indigenous Issues, Organization of American States, ICC.
Cc: Melaine A. Williams Asst. U.S. Attorney, alesha.warren@usdoj.gov.
Cc: U.N. Commissioner on Human Rights , U.N. Special Rappatuer on Human Rights and Indigenous Issues.